**FedEx Express** US Airbill

Tracking Number: 8690 8464 7506

**1 From**
Date: 9/14/09
Sender's Name: FERENC CSABAI
Phone: (973) 691-2200
Company: MT OLIVE FINANCIAL, INC.
Address: 389 ROUTE 46
City: BUDD LAKE    State: NJ    ZIP: 07828
Sender's FedEx Account Number: 2650-5533-8

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: MS. SANDRA PANEM    Phone: (646) 521-7500
Company: Cross Atlantic Partners, Inc.
Address: 551 MADISON AVE 7th Floor
City: New York    State: NY    ZIP: 10022

**4a Express Package Service**
[X] FedEx Priority Overnight

**4b Express Freight Service**

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling**
[X] SATURDAY Delivery NOT Available
No — Dangerous goods

**7 Payment** Bill to:
[X] Sender

**8 Residential Delivery Signature Options**
[X] Direct Signature

040626 4253

519



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

September 15, 2009

Dear Customer:

The following is the proof-of-delivery for tracking number **869084647506**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Sep 15, 2009 10:22 |
| **Signed for by:** | L.PETTEIS | | |
| **Service type:** | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 869084647506 | **Ship date:** | Sep 14, 2009 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**
US

**Shipper:**
US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339