FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 SEP 22  A 11: 08

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**In The United States District Court
For The District Of Maryland.**

Ferenc K. Csabai
   Plaintiff

Civil Action No.   CCB 09-2280

William D. Smart
   Defendant

Motion to Dismiss

The plaintiff, moves this court to dismiss this defendant, William D. Smart, from civil action No. CCB-2280 due to William D. Smart having passed away in March of 2007.

This motion to dismiss only applies to the deceased William D. Smart.

*Ferenc K Csabai* (signature)

Ferenc K. Csabai
Plaintiff