In The United States District Court
For The District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC 16  A 10: 31

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Ferenc K. Csabai,

    Plaintiff,

Vs.

Martek Biosciences Corp., et al.,

    Defendants.

Civil Action No

CCB-09-2280

Motion to consolidate civil actions into one civil complaint

| | |
|---|---|
| CCB-09-2623 | Smith |
| CCB-09-3043 | Miles |
| CCB-09-2716 | Scardigno |
| CCB-09-2280 | Csabai |
| CCB-09-3124 | Dale |
| | Curtis J. Landsberger |

_Ferenc K. Csabai_  12/15/09
_____
Ferenc K. Csabai

Ferenc K. Csabai, 53 Elm Street, Wharton, NJ 07885

## Certificate of Service

**I hereby certify** that on the 15th day of December, 2009. I caused true and correct copies of the forgoing Plaintiff's Motion to consolidate civil complaints against Martek Biosciences et., al. served by First Class Mail on defendants attorney's at the following address.

Mark D. Gately
Hogan & Hartson LLP
Harbor East
100 International Drive, Suite 2000
Baltimore, MD 21202

*Ferenc K. Csabai* 12/15/09

Ferenc K. Csabai
53 Elm Street
Wharton, NJ 07885
(973) 361-7733