# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **FERENC K. CSABAI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | |
| **v.** | ) | **1:09-cv-2280-CCB** |
| | ) | |
| **MARTEK BIOSCIENCES CORP., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE

Defendants, by their undersigned counsel, submit this Memorandum in Opposition to Plaintiff's Motion to Consolidate and state as follows:

After Plaintiff filed this action on August 28, 2009, Defendants promptly moved to dismiss Plaintiff's Complaint for failure to state a claim. Over the ensuing months, the parties fully briefed Defendants' Motion to Dismiss and that motion now is ripe for decision. Nevertheless, Plaintiff now invites the Court to consolidate this action with five later-filed actions. This Court should decline that invitation.

First, consolidation will delay these proceedings and prejudice Defendants. The parties already have fully briefed a potentially dispositive motion going to the substance of Plaintiff's claims. That motion, which could end this litigation, can and should be decided promptly. By contrast, in the five actions Plaintiff wishes to consolidate into this action, valid service of process has not yet been effected. In three of the actions the

plaintiffs have incorrectly attempted to serve Defendants' counsel. 1/  In another two

cases, no attempt at service has been made at all. 2/  Even assuming that Plaintiff

eventually effects proper service of process in one or more of these cases, several months

likely will pass before any of those actions reaches the same procedural stage as this case

(i.e., with a potentially dispositive motion fully briefed).  Defendants already have

endured years of harassment by Mr. Csabai and incurred significant expense defending

this action.  They should not suffer additional expense and delay.

Second, consolidation will not serve the interests of justice or provide for a more

efficient resolution of the claims brought by the various Plaintiffs.  As Defendants'

pending motion to dismiss makes clear, Plaintiff Csabai's Complaint suffers from a host

of serious defects.  Moreover, many of the issues raised in Defendants' motion – standing,

reliance, limitations, etc. -- are plaintiff-specific and will require individualized

consideration.  Consolidation will therefore be of little value in resolving the claims

before the Court.

Finally, consolidation is likely to result in increased administrative burden and

complexity.  At present, the Court and defense counsel must contact only the plaintiff in

each individual case over matters of scheduling or procedure.  If consolidation occurs, it

will not be possible to appoint a single attorney as "Lead Counsel".  Rather, each

individual pro se Plaintiff will need to be separately consulted for even the most mundane

---

1/      *See Smith v. Martek Biosciences Corp., et al.*, Civ. No. 1:09-cv-02623-CCB; *Scardigno v. Martek Biosciences Corp., et al.*, Civ. No. 1:09-cv-02716-CCB; *Miles, et al. v Martek Biosciences Corp., et al.*, Civ. No 1:09-cv-03043-CCB.

2/      *See Dale v. Martek Biosciences Corp., et al.*, 1:09-cv-03124-CCB; *Landsberger v. Martek Biosciences Corp., et al.*, 1:09-cv-3389-CCB.

issues that may arise.  For example, obtaining an extension of time would require defense

counsel to separately consult with each of six different plaintiffs.

For all of the foregoing reasons, Plaintiff's Motion to Consolidate should be

denied in its entirety.

Respectfully submitted,


_____/s/ Mark D. Gately_____
Mark D. Gately (Bar #00134)
Scott R. Haiber (Bar #25947)
Andrea W. Trento (Bar #28816)
HOGAN & HARTSON LLP
Harbor East
100 International Drive
Baltimore, MD  21202
Phone:    (410) 659-2700
Facsimile: (410) 659-2701

*Attorneys for Defendant Martek Biosciences
Corporation, Henry Linsert, Jr., Richard J.
Radmer, Thomas C. Fisher, Jerome C. Keller,
Peter L. Buzy, George P. Barker, Jules Blake,
Robert J. Flanagan, Ann L. Johnson, Douglas
J. MacMaster, John H. Mahar, Sandra Panem,
Eugene H. Rotberg, and James Flatt*

\\\BA - 061954/000087 - 275449 v1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 22, 2009, a copy of the foregoing

Opposition to Plaintiffs' Motion to Consolidate was mailed via First Class U.S. Mail,

postage prepaid, to Plaintiff Ferenc K. Csabai, 53 Elm Street, Wharton, NJ 07885.


                                            /s/ Andrea W. Trento
                                           Andrea W. Trento