**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FERENC K. CSABAI | : | |
| | : | |
| v. | : | CIVIL NO. CCB-09-2280 |
| | : | |
| MARTEK BIOSCIENCES CORP, ET AL. | : | |

...o0o...

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. the defendants' motion to dismiss or for summary judgment (docket entry no. 20) is **GRANTED**;

2. the plaintiff's motion to consolidate cases (docket entry no. 29) is **DENIED**;

3. judgment is entered in favor of all defendants;

4. the Clerk shall send copies of this Order and the accompanying Memorandum to the plaintiff and counsel of record; and

5. the Clerk shall **CLOSE** this case.


|  December 23, 2009  |      /s/       |
|---|---|
| Date | Catherine C. Blake |
| | United States District Judge |