Filed: January 26, 2010

```
            UNITED STATES COURT OF APPEALS
                FOR THE FOURTH CIRCUIT
              _____

                    No. 10-1110
                 (1:09-cv-02280-CCB)
              _____
```

FERENC K. CSABAI,

        Plaintiff - Appellant

v.

MARTEK BIOSCIENCES CORPORATION; HENRY LINSERT, JR.; RICHARD J. RADMER; THOMAS C. FISHER; JEROME C. KELLER; PETER L. BUZY; GEORGE P. BARKER; JULES BLAKE; ANN L. JOHNSON; DOUGLAS J. MACMASTER; JOHN H. MAHAR; SANDRA PANEM; EUGENE H. ROTHERG; WILLIAM D. SMART; JAMES FLATT; ROBERT J. FLANAGAN,

        Defendants - Appellees

```
         _____

            NOTICE OF APPELLATE CASE OPENING
         _____
```

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Court Case Number | 1:09-cv-02280-CCB |
| Date notice of appeal filed in originating court | 01/19/2010 |
| Appellant(s) | Ferenc K. Csabai |
| Appellate Case Number | 10-1110 |
| Case Manager | Michael Radday 804-916-2702 |

The above-captioned case has been opened in this Court.