Filed: June 30, 2010

```
            UNITED STATES COURT OF APPEALS
                FOR THE FOURTH CIRCUIT
```

_____

No. 10-1110
(1:09-cv-02280-CCB)

_____

FERENC K. CSABAI

           Plaintiff - Appellant

v.

MARTEK BIOSCIENCES CORPORATION; HENRY LINSERT, JR.; RICHARD J. RADMER; THOMAS C. FISHER; JEROME C. KELLER; PETER L. BUZY; GEORGE P. BARKER; JULES BLAKE; ANN L. JOHNSON; DOUGLAS J. MACMASTER; JOHN H. MAHAR; SANDRA PANEM; EUGENE H. ROTHERG; WILLIAM D. SMART; JAMES FLATT; ROBERT J. FLANAGAN

           Defendants - Appellees

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

    This Court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

                                                */s/Patricia S. Connor, Clerk*